IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AVERY BANKS, | § § § | |
| *Plaintiff,* | § § | |
| vs. | § § | CASE NO. 4:23-cv-1908 |
| BOLD PRODUCTION SERVICES, LLC and DANIEL LEWIS VIENT | § § § | |
| *Defendants.* | § § | |

## ORDER

Before the Court is Defendant KW International, LLC's Motion to Withdraw Notice of Removal. After consideration of the Motion, the response, if any; and the law, it is the opinion of this Court that the Motion should be granted.

IT IS HEREBY ORDERED, Defendant's Motion to Withdraw Notice of Removal is GRANTED.

IT IS FURTHER ORDERED that this matter be remanded to the 215th Judicial District Court for Harris County, Texas.

Signed this 15th day of June, 2023.

_____
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS