**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Avery Banks | § | |
| | § | |
| *versus* | § | Case Number: 4:23−cv−01908 |
| | § | |
| KW International LLC, et al. | § | |

# Notice of Cancellation

A proceeding in this case has been canceled as set forth below.

    Canceled setting: Initial Conference

    Date and Time: 10/10/23 at 11:00 a.m.

Date: October 9, 2023

                                                                              Nathan Ochsner, Clerk